

# Service of Process Transmittal
08/03/2021
CT Log Number 540014929

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** Process Served in Georgia

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Saunders Jimmie, Pltf. vs. Walmart, Inc., etc., Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Return, Summonses, Notice(s), Certificate(s), Complaint(s), First Interrogatories, First Request(s) |
| **COURT/AGENCY:** | Chatham County - State Court, GA<br>Case # STCV2101418 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 07/26/2020, No. 4530, 10530 Abercom Street, Savannah, GA. |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company (FL), Cumming, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/03/2021 at 10:29 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Joseph A. Mulherin, III<br>Owens & Mulherin<br>P.O. Box 133368<br>Savannah, GA 31416<br>912-212-2100 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/04/2021, Expected Purge Date: 08/09/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | The Corporation Company (FL)<br>106 Colony Park Drive<br>STE 800-B<br>Cumming, GA 30040<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of 2 / TD

EXHIBIT "A"

 CT Corporation

**Service of Process Transmittal**
08/03/2021
CT Log Number 540014929

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Georgia**

**FOR:** WALMART INC. (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# In The State Court of Chatham County

www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

Return of Service in the matter of:

Case Number **STCV21-01418**

**JIMMIE SAUNDERS**

Plaintiff(s)

Vs **WALMART INC DBA WALMART NEIGHBORHOOD MARKET**

Defendant(s)

Garnishee

Cause of Action _____

**JOSEPH MULHERIN, OWENS & MULHERIN**

Plaintiff or Plaintiff's Attorney)

*NAME and ADDRESS of the PERSON TO BE SERVED*

(REGISTERED AGENT) The Corporation Company

106 Colony Park Drive, Suite 800B

Cumming, Georgia 30040 (FORSYTH)

## SHERIFF'S RETURN OF SERVICE

I do hereby certify that I am a duly sworn sheriff / deputy sheriff; that I have made a diligent search of the jurisdiction and report the result of that effort below, pursuant to OCGA 9-11-4.

I further certify that on the ___ day of ___, 20 21 I did serve the summons and complaint on the above named defendant at _____ (Street Address) _____ (City / State / Zip) a place, by:

[ ] **PERSONAL SERVICE** I have this day served the Defendant, _____ with a true copy of the within petition and summons.

[ ] **RESIDENTIAL SERVICE** I have this day served the Defendant, _____ with Sui Juris, a true copy of the within petition and summons by serving same upon _____ , a person, residing residing within the premises.

[X] **CORPORATE SERVICE** I have this day served the Defendant, _Corporation Corp_, a corporation, with a true copy of the within petition and summons by handing the same in person to _Nudgeen Walker_ officer of the corporation.

[ ] **TACKED AND MAILED SERVICE** I have this day executed the within Affidavit and Summons by tacking a copy of the within process on the door of the premises designated in said action and also by depositing a true copy thereof in the United States mail in a properly addressed envelope marked for the Defendant at his last known address with sufficient postage affixed thereto.

[ ] **GARNISHEE** I have this day served the Summons of garnishment upon _____ by handing the original of same to _____ , a person, at _____ , he/she being the _____ and agent in charge of _____ at the time of service in Chatham County.

[ ] **MAILED SERVICE** This is to certify that I have this day served the defendant, _____ with a copy of the within Affidavit and Summons by depositing a copy thereof in the United States mail, in an envelope properly addressed to the defendant at his last known address as shown in said Affidavit, with adequate postage affixed thereon.

[ ] **DILIGENT SEARCH** Diligent search was made and Defendant is not to be found in the jurisdiction, Chatham County.

Sheriff / Deputy Sheriff, _____ County, Georgia

PRINT          SHERIFF'S COPY          23. Sheriff's Entry of Service 09-11

# In The State Court of Chatham County

www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

*Return of Service in the matter of:*  Case Number **STCV21-01418**

**JIMMIE SAUNDERS**
Plaintiff(s)

Vs **WALMART INC DBA WALMART NEIGHBORHOOD MARKET**
Defendant(s)

Cause of Action _____

**JOSEPH MULHERIN, OWENS & MULHERIN**
(Plaintiff or Plaintiff's Attorney)

*NAME and ADDRESS of the PERSON TO BE SERVED*

(REGISTERED AGENT) The Corporation Company

106 Colony Park Drive, Suite 800B

Cumming, Georgia 30040 (FORSYTH)

Garnishee

## SHERIFF'S RETURN OF SERVICE

I do hereby certify that I am a duly sworn sheriff / deputy sheriff; that I have made a diligent search of the jurisdiction and report the result of that effort below, pursuant to OCGA 9-11-4.

I further certify that on the _____ day of _____, 20 __ I did serve the summons and complaint on the above named defendant at _____ (*Street Address*) _____ (*City / State / Zip*) a place, by:

☐ **PERSONAL SERVICE** I have this day served the Defendant, _____ with a true copy of the within petition and summons.

☐ **RESIDENTIAL SERVICE** I have this day served the Defendant, _____ with Sui Juris, a true copy of the within petition and summons by serving same upon _____, a person, residing residing within the premises.

☐ **CORPORATE SERVICE** I have this day served the Defendant, _____ a corporation, with a true copy of the within petition and summons by handing the same in person to _____ officer of the corporation.

☐ **TACKED AND MAILED SERVICE** I have this day executed the within Affidavit and Summons by tacking a copy of the within process on the door of the premises designated in said action and also by depositing a true copy thereof in the United States mail in a properly addressed envelope marked for the Defendant at his last known address with sufficient postage affixed thereto.

☐ **GARNISHEE** I have this day served the Summons of garnishment upon _____ by handing the original of same to _____, a person, at _____, he/she being the _____ and agent in charge of _____ at the time of service in Chatham County.

☐ **MAILED SERVICE** This is to certify that I have this day served the defendant, _____ with a copy of the within Affidavit and Summons by depositing a copy thereof in the United States mail, in an envelope properly addressed to the defendant at his last known address as shown in said Affidavit, with adequate postage affixed thereon.

☐ **DILIGENT SEARCH** Diligent search was made and Defendant is not to be found in the jurisdiction, Chatham County.

Sheriff / Deputy Sheriff, _____ County, Georgia

PRINT       SHERIFF'S FIELD COPY       23. Sheriff's Entry of Service 09-11

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/28/2021 12:37 PM        *Brian K. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JIMMIE SAUNDERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION FILE NO.    STCV21-01418 |
| WALMART, INC. d/b/a WALMART NEIGHBORHOOD MARKET, | ) ) ) ) |
| Defendant. | ) |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: **Walmart, Inc. d/b/a Walmart Neighborhood Market**
Defendant's Address (Registered Agent): **The Corporation Company, 106 Colony Park Drive, Suite 800B, Cumming, Georgia 30040 (Forsyth)**

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

Joseph A. Mulherin, III
OWENS & MULHERIN
P.O. Box 13368
Savannah, GA 31416

an answer to the complaint, which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. *ALSO BEING SERVED WITH THE COMPLAINT ARE PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT AND PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT.*

This _____ day of _____, 2021.


/s/ Moneisha Green
_____
**Deputy Clerk, State Court of Chatham County**

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| JIMMIE SAUNDERS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE NO. STCV21-01418 |
| WALMART, INC. d/b/a WALMART NEIGHBORHOOD MARKET, | ) |
| Defendant. | ) |

### COMPLAINT FOR DAMAGES

COMES NOW Plaintiff Jimmie Saunders (hereinafter "Saunders" or "Plaintiff") and files this Complaint for Damages against Defendant Walmart, Inc. d/b/a Walmart Neighborhood Market (hereinafter "Walmart" or "Defendant"), showing the Court as follows:

### Jurisdiction and Venue

1.

Plaintiff submits herself to the jurisdiction of this Court by the filing of this Complaint.

2.

Defendant Walmart has an office and place of doing business in Chatham County, Georgia and the tort alleged herein occurred in Chatham County. Thus, this Court has jurisdiction over Walmart and venue is proper herein.

3.

This Defendant can be served with a copy of the Summons and Complaint either

through an officer, managing agent or other appropriate agent at the Walmart Neighborhood Market, facility no. 4530 or through its designated agent for service of process, The Corporation Company, located at 106 Colony Park Drive, Suite 800B, Cumming, Georgia 30040.

### Facts/Theories of Recovery

4.

On July 26, 2020, Plaintiff was shopping at the Walmart Neighborhood Market located at 10530 Abercorn Street, Savannah, Georgia. At the time, Plaintiff was a business invitee of the Defendant.

5.

At the above place and time, Plaintiff slipped and fell in an accumulation of clear, slippery liquid near the front of the store. Plaintiff contends that this accumulation of clear liquid was present as a result of Defendant's negligence.

6.

As a result of the above-described fall, Plaintiff sustained serious bodily injuries.

### Count I- Negligence of the Defendant

7.

Plaintiff hereby re-alleges and incorporates Paragraphs 1-6 above as if set forth fully herein.

8.

At all times relevant hereto, the Defendant had a duty to maintain the above premises in a reasonably safe condition for business invitees such as Plaintiff. This included a duty to inspect for and detect floor slip hazards such as the one that caused

Plaintiff's injuries. As a result of Defendant's failure to reasonably inspect for floor slip hazards and maintain the above premises in a reasonably safe condition, Plaintiff suffered serious bodily injuries.

9.

The sole, proximate cause of Plaintiff's fall and resulting injuries was the presence of an unreasonably dangerous condition on the floor (an accumulation of clear, slippery liquid) which Defendant should have been aware of and which Defendant negligently failed to rectify and/or warn against prior to the fall.

## DAMAGES

10.

As a result of Defendant's negligence, Plaintiff has incurred various medical bills, the reasonable value of which she is entitled to recover. To date, Plaintiff has incurred $46,924.86 in medical bills as a result of Defendant's negligence. Plaintiff reserves the right to amend this Complaint to allege additional medical expenses as they are incurred, including any additional future medical expenses as may arise during the pendency of this lawsuit.

11.

As a result of Defendant's negligence, Plaintiff has sustained serious bodily injuries and has endured significant pain and suffering arising from said injuries.

12.

As a result of Defendant's negligence, Plaintiff now sues Defendant for injuries sustained, for disability, past present and future, for pain and suffering, past present and future, as well as for recovery of the reasonable value of medical expenses incurred and

to be incurred by her arising from injuries sustained in the above-described fall.

WHEREFORE, Plaintiff respectfully prays for the following relief:

a.) For issuance of Summons and Complaint and timely service of process;

b.) For judgment against Defendant for the reasonable value of medical expenses already incurred and which may be incurred in the future as a result of Defendant's negligence;

c.) For judgment against Defendant for reasonable sums representing damages for past and future mental and physical pain and suffering to be determined in the enlightened conscience of the jury;

d.) That Plaintiff have a trial by jury of six persons;

e.) That all costs of this action be assessed against the Defendant; and

f.) For such other and further relief as this Court deems just and appropriate.

This 28th day of July, 2021.

OWENS & MULHERIN

/s/ Joseph A. Mulherin III
Joseph A. Mulherin III
Georgia State Bar No. 527910
Attorney for Plaintiff

P.O. Box 13368
Savannah, Georgia 31416
912-212-2100
mulherin@lomlaw.com

4.

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JIMMIE SAUNDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. STCV21-01418 |
| WALMART INC. d/b/a ) | |
| WALMART NEIGHBORHOOD MARKET ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant, and files this Answer and Defenses to Plaintiff's Complaint and shows the Court as follows:

### First Defense

Pending additional investigation and discovery, Plaintiff's Complaint may fail to state a claim upon which relief can be granted.

### Second Defense

Pending additional investigation and discovery, Defendant states that Plaintiff's alleged injuries and damages were caused or contributed to by Plaintiff's actions.

### Third Defense

Pending additional investigation and discovery, Defendant states that Plaintiff's alleged injuries and damages were caused or contributed to by an unknown party's (or parties') actions.

### Fourth Defense

Defendant breached no duty owed to Plaintiff.

-1-

**Fifth Defense**

Plaintiff may not recover against Defendant because no act or omission of Defendant was the legal cause or the proximate precipitating cause of Plaintiff's alleged injuries and damages.

**Sixth Defense**

Pending further investigation and discovery, Defendant asserts the defenses of contributory and comparative negligence.

**Seventh Defense**

Defendant denies that Defendant or Defendant's agents or employees were negligent in any way in connection with the incident which is the subject of this litigation.

**Eighth Defense**

Defendant asserts that Plaintiff had equal or superior knowledge of the alleged hazard.

**Ninth Defense**

Defendant denies any and all allegations regarding negligent inspection and failure to warn.

**Tenth Defense**

Plaintiff is not entitled to any special damages to the extent that Plaintiff has failed to specifically plead them in accordance with O.C.G.A. §9-11-9(g).

**Eleventh Defense**

Plaintiff is not entitled to attorney's fees, expenses, post-judgment interest or pre-judgment interest under the facts of this case.

**Twelfth Defense**

Pending further investigation and discovery, Defendant reserves the right to assert all affirmative defenses available under the Georgia Civil Practice Act.

### Thirteenth Defense

Walmart Inc. is an improper party and should be dismissed as it played no role in the allegations contained in Plaintiff's Complaint and is not involved with the day-to-day operations of the subject store.

### Fourteenth Defense

In answer to the specific allegations of Plaintiff's Complaint, Defendant shows the Court as follows:

### Jurisdiction and Venue

1. The allegations contained in Paragraph 1 of Plaintiff's Complaint are admitted. Defendant shows that jurisdiction may be proper in other Courts as well.

2. The allegations contained in Paragraph 2 of Plaintiff's Complaint are denied, as pled. Defendant is an improper party as it played no role in the events alleged by Plaintiff in her Complaint. Defendant admits that Plaintiff alleges that the subject event occurred in Chatham County. However, Defendant denies any inference or allegation of liability.

3. In response to the allegations contained in Paragraph 3 of Plaintiff's Complaint, Defendant admits that it can be served through its designated agent of service. However, Defendant denies that it is a proper party to this case. Defendant denies any inference or allegation of liability.

### Facts/Theories of Recovery

4. In response to the allegations contained in Paragraph 4 of Plaintiff's Complaint, Defendant denies that Plaintiff was an invitee of Defendant as the named Defendant played no role in the day-to-day operations of the subject store. At this time, Defendant is without

information sufficient to admit or deny the remainder of the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. The allegations contained in Paragraph 5 of Plaintiff's Complaint are denied, as pled.

6. At this time, Defendant is without information sufficient to admit or deny the allegations contained in Paragraph 6 of Plaintiff's Complaint. Defendant denies any inference or allegation of liability.

### Count I – Negligence of the Defendant

7. In response to the allegations contained in Paragraph 7 of Plaintiff's Complaint, Defendant incorporates by references its responses to Paragraphs 1-6 of Plaintiff's Complaint.

8. The allegations contained in Paragraph 8 of Plaintiff's Complaint are denied, as pled.

9. The allegations contained in Paragraph 9 of Plaintiff's Complaint are denied, as pled.

### DAMAGES

10. In response to the allegations contained in Paragraph 10 of Plaintiff's Complaint, Defendant incorporates by references its responses to Paragraphs 1-9 of Plaintiff's Complaint.

11. The allegations contained in Paragraph 11 of Plaintiff's Complaint are denied.

12. The allegations contained in Paragraph 12 of Plaintiff's Complaint are denied.

13. Defendant denies that Plaintiff is entitled to the relief requested in Plaintiff's "prayer for relief", which appears immediately after the 12th Paragraph of Plaintiff's Complaint.

14. Any remaining allegations which have not been admitted, denied, or otherwise responded to are hereby denied.

-5-

**DEFENDANT HEREBY DEMANDS TRIAL BY JURY OF TWELVE REGARDING ANY ISSUES NOT SUBJECT TO SUMMARY ADJUDICATION.**

Having fully answered, Defendant prays that it be discharged with all costs cast against Plaintiff.

Respectfully submitted, this 2nd day of September, 2021.

              **DREW, ECKL & FARNHAM, LLP**

              */s/ Garret W. Meader*
              Garret W. Meader
              Georgia Bar No. 142402
              *Attorneys for Defendant Walmart*

777 Gloucester Street
Suite 305
Brunswick, Georgia  31520
(912) 280-9662
MeaderG@deflaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day forwarded, via USPS Mail and via statutory electronic service by filing in Odyssey, a true and correct copy of the foregoing *Answer and Defenses to Plaintiff's Complaint* to the following counsel of record, addressed as follows:

mulherin@lomlaw.com
Joseph A. Mulherin III
Owens & Mulherin
P.O. Box 13368
Savannah, GA 31416

This 2nd day of September, 2021.

DREW, ECKL & FARNHAM, LLP

*/s/ Garret W. Meader*
Garret W. Meader
Georgia Bar No. 142402
*Attorneys for Defendant*

777 Gloucester Street, Suite 305
Brunswick, Georgia 31520
(912) 280-9662
MeaderG@deflaw.com

-6-